11 29170

# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF VIRGINIA   08-183-M-01

| UNITED STATES OF AMERICA vs. FAIR, MICHAEL A | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| | P2083022 | 05/27/2005 |
| | EV78 | |
| Defendant | DISORDERLY CONDUCT | |

RECEIVED U.S. MARSHALS 2008 FEB 15 A 7:25

**FILED**
MAR 12 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ _____330.00_____ may be Forfeited in Lieu of Appearance.

Date  2/13/08

_____
United States Magistrate Judge
BARRY R. PORETZ

## RETURN

| RECEIVED | DATE 2-16-2006 | LOCATION E/D VA Alexandria |
|---|---|---|

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | DATE 3-12-08 | LOCATION D/DC |
|---|---|---|

Name  Douglas Tolliver     Title  DUSM     District  D/DC

Date  3-12-08     Signature  _____

**FILED**

MAR 12 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

08-183-M-01

United States District Court
Violation Notice

| Violation No. | Officer No. | Prior Officer Name |
|---|---|---|
| P2083022 | D8555 | Desotell |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 5/27/05 2:40am
Offense Charged: 32 CFR 234.7(c)
Place of Offense: Rock Creek Towpath at Rock Creek
Offense Description: Disorderly Conduct — Making Unreasonable noise

Defendant's Last Name: Fair
First Name: Michael
M.I.: A

Driver's License No: N/A
DL State: N/A
VEHICLE DESCRIPTION
Vehicle Tag No: N/A  Vehicle Tag State: N/A  Year: N/A  Vehicle Make: N/A  Vehicle Color: N/A

A ☐ YOU MUST APPEAR IN COURT   SEE INSTRUCTIONS
B ☒ YOU MUST MARK ONE OF THE TWO CHOICES BELOW
   AND MAIL THIS FORM WITHIN 21 DAYS  SEE INSTRUCTIONS

☐ I wish to terminate this matter by paying the collateral shown below, enclosed.
☐ I plead not guilty and promise to appear as required.

YOUR COURT DATE
Date: 2 Sept 2005
Time: 0900 am

Court Address:
United States Courthouse
401 Courthouse Square
Alexandria, Virginia 22314

Collateral (if any): $110.00
For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1999 (Applicable upon issuance to the offender and will passed to the Appropriate Central Violations Bureau (Magistrate Court))  Original — CVB Copy  Previous edition is obsolete.

[signature] DMQ

P2083022

P.C. provided
DMQ
SAUSA
1/30/06

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 27 may 2005 while exercising my duties as a law enforcement officer in the Eastern District of VA

While on the pedestrian overpass I was alerted to a current action by Rock Creek, a disorderly citizen when I arrived I saw Mr DeSotell trying to arrest Michael Fair. I could hear Michael Fair yelling and cussing with profanity. Mr Fair also used profanity with me. The building also stated he screamed profanity as he was with in the area and cuss + side the river

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 5/27/05
[signature] Officer's Signature

Probable cause has been stated for the issuance of a warrant.
Executed on: 1/31/06
[signature]
U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

CVB Scan 6/6/2005 14:16:02